IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID B.,[1]

    Plaintiff,

v.                                  Civil Action No. 3:24cv623

FRANK BISIGNANO,
Commissioner of Social
Security Administration,

    Defendant.

## ORDER

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on July 29, 2025 (ECF No. 14), the PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (ECF No. 15), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (ECF No. 16), and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

    (1) The plaintiff's objections are overruled;

    (2) The REPORT AND RECOMMENDATION is ADOPTED on the basis of the reasoning of the Report and Recommendation;

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants by their first names and last initials in social security cases.

(3) The Plaintiff's Motion for Summary Judgment (which is entitled PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF SOCIAL SECURITY APPEAL) (ECF No. 10) is denied;

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 12) is granted; and

(5) The Commissioner's decision is affirmed.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ RSP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 26, 2025